1  ANDRÉ BIROTTE JR.
United States Attorney
2  LEON W. WEIDMAN
3  Assistant United States Attorney
Chief, Civil Division
4  PAUL SACHELARI, CSBN 230082
5  Special Assistant United States Attorney
6      160 Spear St., Suite 800
    San Francisco, CA  94105
7      Telephone: (415) 977-8933
8      Facsimile: (415) 744-0134
9      Email: Paul.Sachelari@ssa.gov
Attorneys for Defendant
10

11 UNITED STATES DISTRICT COURT

12 CENTRAL DISTRICT OF CALIFORNIA

13

14 EASTERN DIVISION

15

HERMINIA TREJO, ) No. 13-CV-00466-AJW
16     Plaintiff, )
17     v. ) **JUDGMENT OF REMAND**
18 CAROLYN W. COLVIN, Acting )
19 Commissioner of Social Security, )
20     Defendant. )

21     The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to

22 Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, **IT IS HEREBY ORDERED,**

23 **ADJUDGED AND DECREED** that the above-captioned action is remanded to the

24 Commissioner of Social Security for further proceedings consistent with the Stipulation to

25 Remand.

26 October 07, 2013

27

28     HON. ANDREW J. WISTRICH
    UNITED STATES MAGISTRATE JUDGE

-1-