1  ANDRÉ BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN
3  Assistant United States Attorney
   Chief, Civil Division
4  PAUL SACHELARI, CSBN 230082
5  Special Assistant United States Attorney
6          160 Spear St., Suite 800
           San Francisco, CA  94105
7          Telephone: (415) 977-8933
8          Facsimile: (415) 744-0134
9          Email: Paul.Sachelari@ssa.gov
   Attorneys for Defendant
10

11                 UNITED STATES DISTRICT COURT

12                 CENTRAL DISTRICT OF CALIFORNIA

13
                          EASTERN DIVISION
14

15 HERMINIA TREJO,                 )  No. 13-CV-00466-AJW
                                   )
16      Plaintiff,                 )  **JUDGMENT OF REMAND**
17      v.                         )
                                   )
18 CAROLYN W. COLVIN, Acting       )
19 Commissioner of Social Security,)
                                   )
20      Defendant.                 )
                                   )
21      The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to
22 Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, **IT IS HEREBY ORDERED,**
23 **ADJUDGED AND DECREED** that the above-captioned action is remanded to the
24 Commissioner of Social Security for further proceedings consistent with the Stipulation to
25 Remand.
26 October 07, 2013

27
                                    _____
28                                  HON. ANDREW J. WISTRICH
                                    UNITED STATES MAGISTRATE JUDGE

-1-