1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              CENTRAL DISTRICT OF CALIFORNIA

10

11    HERMINIA TREJO,                        )    No.  EDCV13-00466 AJW
                                             )
12          Plaintiff,                       )    ORDER AWARDING
                                             )    EQUAL ACCESS
13          v                                )    TO JUSTICE ACT ATTORNEY
                                             )    FEES AND COSTS
14    CAROLYN W. COLVIN,                      )
      Commissioner of Social Security,       )
15                                           )
            Defendant.                       )
16    _____        )

17

18          Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act

19    Fees, Costs and Expenses dated November 21, 2013, the Commissioner shall pay the amount of

20    ONE THOUSAND SIX HUNDRED FIFTY DOLLARS and NO CENTS ($1,650.00) for attorney

21    fees and THREE HUNDRED SEVENTY-ONE DOLLARS and NINETY-ONE CENTS ($371.91)

22    for costs, as authorized by 28 U.S.C. §§1920 and 2412(d), subject to the terms of the above-

23    referenced Stipulation.

24    **IT IS SO ORDERED**.

25    December 2, 2013

26                                           _____
                                             THE HONORABLE ANDREW J. WISTRICH
27                                           UNITED STATES MAGISTRATE JUDGE

28

                                             1